# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEZIGN LICENSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NIKE INC.,<br><br>Defendant. | Case No. 16-cv-1192-TDC<br><br>**DEFENDANT NIKE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND MARYLAND LOCAL RULE 103.3** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Maryland L.R. 103.3, Defendant Nike Inc. states that it is a publicly held company that has no parent corporation or shareholders that are publicly held corporations owning ten percent (10%) or more of its stock.

Dated:  May 20, 2016

Respectfully submitted,

*/s/ Jonathan Cedarbaum*
Jonathan Cedarbaum (SBN 244180)
Jonathan.cedarbaum@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Andrea Weiss Jeffries
(*pro hac vice* application pending)
andrea.jeffries@wilmerhale.com
Derek Anthony Gosma
(*pro hac vice* application pending)
derek.gosma@wilmerhale.com
Elaine Zhong
(*pro hac vice* application pending)
elaine.zhong@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Defendant Nike Inc.*