**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| JEZIGN LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC., <br><br> Defendant. | Civil Action No. TDC-16-01192 |

**ENTRY OF APPEARANCE**

Please enter the appearance of Albert Elia as additional counsel on behalf of Plaintiff Jezign Licensing, LLC.

Respectfully submitted,

/s/
Albert Elia (Fed. Bar No. 14130)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Tel:  (410) 962-1030
Fax:  (410) 385-0869
aelia@browngold.com

Date: July 19, 2016     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2016, a copy of this Entry of Appearance was filed electronically and served on all counsel of record via CM/ECF.

/s/
Albert Elia