# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JEZIGN LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC., <br><br> Defendant. | Civil Action No. TDC-16-1192 |

## ORDER

The Court, having reviewed Defendant Nike Inc.'s Consent Motion for a Stay of All Proceedings Pending Outcome of Nike Inc's IPR Petition, ECF No. 25, and finding good cause therefore, hereby ORDERS as follows:

1. Effective immediately, all deadlines set forth in the Court's Scheduling Order, ECF No. 19, are VACATED;

2. The case and all related discovery is STAYED until further order of this Court;

3. Within 10 days of the Patent Trial and Appeal Board's ("PTAB") decision on institution of Nike's IPR, the parties will file a joint status report with the Court apprising it of the PTAB's decision;

4. If the PTAB institutes Nike's IPR, the stay will continue until the PTAB renders its final written decision on the IPR and all appeals have been exhausted;

5. If the PTAB does not institute Nike's IPR, the stay will be lifted immediately; and

6. After the stay is lifted, the Court will issue a new scheduling order setting new case deadlines, starting with service of Jezign's infringement contentions.

Date:  September 6, 2016

                                                        /s/
THEODORE D. CHUANG
United States District Judge