# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEZIGN LICENSING, LLC., | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 8:16-cv-1192-TDC |
| v. | ) |
| | ) |
| NIKE, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Elaine Zhong respectfully requests that she be allowed to withdraw from the above-captioned case as counsel for Defendant Nike, Inc., and no longer receive electronic notice and service through the CM/ECF system. After February 15, 2018, Ms. Zhong will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Defendant will continue to be represented by WilmerHale in this action (which is currently stayed).

Dated: February 15, 2018

Respectfully submitted,

*/s/ Elaine Zhong*

Elaine Zhong (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel.:  (213) 443-5300 (t)
Fax:  (213) 443-5400 (f)
elaine.zhong@wilmerhale.com

*Attorney for Defendant Nike, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2018, I electronically filed a copy of the foregoing with the Clerk of this Court by using the CM/ECF system which sends notification to all CM/ECF participants of record.

*/s/ Elaine Zhong*

*Attorney for Defendant Nike, Inc.*